No. 246. GEORGE E. WARREN CORP. v. UNITED STATES. October 8, 1934. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Mr. George W. Dalzell* for petitioner. *Solicitor General Biggs, Assistant Attorney General Jackson,* and *Mr. John T. Fowler, Jr.,* for the United States.

No. 248. FULLILOVE ET UX. v. UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Howard B. Warren* and *Joseph D. Barksdall* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for the United States.

No. 251. CONSUMERS POWER CO. v. ALLEGAN ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Bernard J. Onen* for petitioner. *Messrs. Thomas G. Long* and *John C. Bills* for respondents.

No. 252. ARKANSAS UTILITIES CO. v. PARAGOULD ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Leo J. Mundt* and *J. F. Loughborough* for petitioner. *Mr. Arthur L. Adams* for respondents.

No. 253. McINTOSH, TRUSTEE, v. UNITED STATES. October 8, 1934. Petition for writ of certiorari to the